# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Wells, Brooke C. | 2. Court or Organization<br><br>U. S. District Court - Utah | 3. Date of Report<br><br>05/07/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U. S. Magistrate Judge (Full-Time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>United States District Court<br>351 South West Temple<br>Salt Lake City, Utah 84101 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Personal Representative | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Brooke C. | 05/07/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Salt Lake County, Criminal Justice Services |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Brooke C. | 05/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Credit Card | None |
| 2. | Chase | Credit Card | None |
| 3. | Discover | Credit Card | None |
| 4. | American Express | Credit Card | None |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wells, Brooke C. | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Chase Bank Accounts | A | Interest | J | T | | | | | |
| 2. University of Utah Credit Union | A | Interest | J | T | | | | | |
| 3. Wells Fargo Retire Acct | A | Dividend | K | T | | | | | |
| 4. Equi-vest EQ Aggresive Stock Fund-- Guaranteed Interest Accou | A | Interest | | | Redeemed | 10/01/13 | K | B | |
| 5. Massachusetts Mutual Life Policy #1 (whole life) | A | Interest | K | T | | | | | |
| 6. Quail Creek Bank Accounts (Trust #1) | A | Int./Div. | K | T | | | | | |
| 7. Security Life Insurance Policy (whole life) | A | Int./Div. | L | T | | | | | |
| 8. XTO Energy, mineral rights, Major County, Oklahoma | A | Royalty | J | W | | | | | |
| 9. Mustang Gas Products LLc. | A | Royalty | J | W | | | | | |
| 10. Oneok Field Services, mineral rights, Major County, Oklahoma | A | Royalty | J | W | | | | | |
| 11. Ringwood Gathering mineral rights, Major County, Oklaoma | A | Royalty | J | W | | | | | |
| 12. Union Central IRA (Y() | A | Distribution | | | Redeemed | 01/01/13 | J | | |
| 13. Real Estate #1, Mt. Pleasant, Sanpete County, Utah | F | Distribution | | | Sold | 01/01/13 | M | F | M. Wilcox |
| 14. Wells Fargo Bank Accounts | A | Interest | J | T | | | | | |
| 15. Mountain America Credit Union, term life insurance | | None | L | T | | | | | |
| 16. Bott Energy Parnters, mineral rights, Oklahoma | A | Royalty | J | W | | | | | |
| 17. Cross Timbers Oil Co., mineral rights, Oklahoma | A | Royalty | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

18.   Hall Resource Corp., mineral rights, Pontotoc County, Oklahoma A Royalty J W

19. Sunoco mineral rights, Major County, Oklahoma,   A Royalty J W

20. KCS Energy, Inc., mineral rights, Oklahoma    A Royalty, J W

21. Massachusetts Mutual Life Policy #(Y)    F None K

22. OG&E Stock Certificate    A Dividend J T

23. Real Estate, San Juan County, Utaht   None  M T

24. Chase InvestmentAccount    A Interest G T

Additional Information or Explanations:

1.    Reportable assets related to Trust #1 are included in Part VII of Report

2. Wells Fargo Retirement Account, part VII, Line 3 to include complete listing:

 Franklin Small Mid Cap Growth
 Gabelli Value Fund Inc
 Janus Flexible Bond Fund
 Janus Invt Fd Worldwide FD
 Janus Twenty Fund Inc
 Davis New York Venture Fund
 Target Portfolio Tr Mtg Backed Secs Port
 Wells Fargo FDS Tr Advantage ovt ecs FD

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brooke C. Wells**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544